PATRICK T. CONNOR, Bar No. 89136  NO JS-6
pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>TBL CONSTRUCTION, INC., a Nevada corporation; ALONZO BARBER, an individual; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ | CASE NO. CV 08-00505 GAF(JTLx)<br><br>JUDGMENT<br><br><br>Before the Honorable<br>Gary A. Feess<br><br><br><br>DATE: June 23, 2008<br>TIME: 9:30 a.m.<br>CTRM: 740 |

This case came for hearing on June 23, 2008 before the Honorable Gary A. Feess, United States District Court Judge.

It appearing that defendant, TBL CONSTRUCTION, INC., a Nevada corporation having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application

of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST TBL CONSTRUCTION, INC., a Nevada corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $24,819.00 |
| 2. | Liquidated damages based on original contributions | 2,426.56 |
| 3. | Interest from due dates to June 23, 2008 (accruing at $5.30 per day) | 1,486.70 |
| 4. | Attorneys' fees pursuant to Local Rule 55-4 | 2,234.73 |
| GRAND TOTAL | | $30,966.99 |
| 5. | Plus costs to be determined after entry of judgment. | |
| 6. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 2.18% per annum. | |

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FOURTH CLAIM FOR RELIEF AGAINST TBL CONSTRUCTION, INC., a Nevada corporation:

1. For issuance of a permanent injunction restraining and enjoining TBL CONSTRUCTION, INC., a Nevada corporation ("CORPORATION"), for so long as it remains bound to make any payments or contributions to the PLANS, from

failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a.    Complete, truthful and accurate Employers Monthly Reports to Trustees for the period September 2007 through December 2007 and May 2008 through the present,

    b.    A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of CORPORATION, employed during the previous month under the AGREEMENT,

    c.    A declaration from a responsible employee of CORPORATION, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for CORPORATION's Monthly Report; and

    d.    Checks for the full amount shown as owing to each Trust on CORPORATION's Monthly Report, payable as designated on the Monthly Report.

DATED:   August 27, 2008

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE